

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

February 28, 2020

The Hon. Brenda K. Sannes
 United States District Court Judge
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

      Re:  Deborah Laufer v. Lady Jane Hotels Corp
         Case No.: 5:19-cv-001567 (BKS)(ML)
         <u>NOTICE OF SETTLEMENT</u>

**Greetings Judge Sannes,**

  The undersigned is the attorney for plaintiff in the above referenced matter. The parties to this action have reached a settlement and request an opportunity to restore this case to active status in the event the settlement is not timely consummated.

  Thank you for your courtesy in this matter.

Very truly yours,

*Peter Sverd*
**Peter Sverd, Esq.**