

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

May 1, 2020

The Hon. Brenda K. Sannes
 United States District Court Judge
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

      Re:  Deborah Laufer v. Lady Jane Hotels Corp
      Case No.: 5:19-cv-001567 (BKS)(ML)
      <u>REQUEST TO EXTENSTION OF TIME TO</u>
      <u>RESTORE CASE TO ACTIVE STATUS</u>

**Greetings Judge Sannes,**

  The undersigned is the attorney for plaintiff in the above referenced matter.  The parties to the action executed the settlement agreement in this case and plaintiff is awaiting the settlement checks to be delivered. Plaintiff requests one last extension of time to restore this case to active status through May 5, 2020.  This is the second application seeking the relief sought herein, and the application is timely made.

  Thank you for your courtesy in this matter.

Very truly yours,

*Peter Sverd*
 **Peter Sverd, Esq.**